SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

SHAWNA YEN (CASBN 224447)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile: (408) 535-5066
   Email: shawna.yen2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION     *E-FILED - 5/3/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 07-00024 RMW |
|     Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING HEARING AND |
| v. ) | [] ORDER |
| XI JAMES ZHANG, ) | |
|     Defendant. ) | |

    It is hereby stipulated by and between counsel for the UNITED STATES, Assistant U.S. Attorney Shawna Yen, and counsel for the Defendant XI JAMES ZHANG, Doron Weinberg, Esq., that the date set for the sentencing hearing be continued from June 25, 2007 to July 9, 2007 at 9:00 a.m. This continuance is necessary because counsel for the government is required to be out of town on business-related travel on June 25, 2007. The defendant, who is out of custody, has no objection to the continuance.

    Dated this 27th day of April, 2007.

                                                      /S/
                                        _____
                                        SHAWNA YEN
                                        Assistant U.S. Attorney

Dated this _27_th day of April, 2007.

_____/S/_____
DORON WEINBERG, Esq.
Counsel for Xi James Zhang

GOOD CAUSE APPEARING,

IT IS ORDERED that the date set for the sentencing hearing on this case be continued from June 25, 2007 to July 9, 2007 at 9:00 a.m.

Dated this 3 day of May, 2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Copies to be served on:

SHAWNA YEN
Assistant U.S. Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113

DORON WEINBERG, ESQ.
523 OCTAVIA STREET, SF CA 94102

U.S. PROBATION OFFICER S. SARA BLACK
U.S. Probation Office
1301 Clay Street, Suite 220S
Oakland, CA 94612-5208