DORON WEINBERG (SBN 46131)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile:  (415) 552-2703
doronweinberg@aol.com

Attorneys for Defendant
XI JAMES ZHANG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>XI JAMES ZHANG,<br><br>Defendant. | No.   CR-07-00024-1 RMW<br><br>STIPULATION PERMITTING TRAVEL OUTSIDE THE UNITED STATES; (PROPOSED) ORDER |

IT IS STIPULATED by the parties, Shawna Yen, Assistant United States Attorney, and Doron Weinberg, attorney for defendant, Xi James Zhang that:

1. Defendant Xi James Zhang be permitted to leave his home, where he is presently confined by electronic monitoring from June 24 to and including July 4, 2008, in order to travel to Shanghai, China, for the purpose of employment.

2. Defendant shall have his passport returned to him which is presently in the possession of the U.S. District Court Clerk's office, in order to travel to Shanghai during the same time period.

3. Defendant agrees that because he will be off of electronic monitoring for the time period he is away, that ten days of home detention with electronic monitoring shall be added to the end of his term of home confinement and served at that time.

Stipulation Permitting Travel Outside
the United States; (Proposed) Order                                     1

4. Counsel has contacted Alton Dural, defendant Zhang's U.S. Probation Officer, and Mr. Dural has stated that he has no objection to the requested travel. Defendant shall provide a complete itinerary to Mr. Dural prior to leaving the country, and adhere to such other requirements as set forth by the Probation Office.

Dated: June 16, 2008

/s/ Shawna Yen

SHAWNA YEN
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: June 16, 2008

/s/ Doron Weinberg

DORON WEINBERG
Attorney for Defendant
XI JAMES ZHANG

**IT IS SO ORDERED:**

Dated: 6/17/08

Mag. JUDGE, UNITED STATES DISTRICT COURT
Northern District of California

Stipulation Permitting Travel Outside
the United States; (Proposed) Order

2