1   DORON WEINBERG (SBN 46131)
    WEINBERG & WILDER
2   523 Octavia Street
    San Francisco, CA 94102
3   Telephone: (415) 431-3472
    Facsimile:  (415) 552-2703
4   doronweinberg@aol.com

5   Attorneys for Defendant
    XI JAMES ZHANG
6

7                   UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )       No.    CR-07-00024-1 PVT
                                       )
11          Plaintiff,                 )       **STIPULATION PERMITTING
                                       )       TRAVEL OUTSIDE THE
12      vs.                            )       UNITED STATES;** (xxxxxxxxxxxx
                                       )       **ORDER**
13                                     )
    XI JAMES ZHANG,                    )
14                                     )
            Defendant.                 )
15  _____)

16

17          IT IS HEREBY STIPULATED by the parties, Shawna Yen, Assistant United States

18  Attorney, and Doron Weinberg, attorney for defendant, Xi James Zhang that:

19          Defendant Xi James Zhang be permitted to leave the Northern District of California on

20  June 3, 2009 to travel to Shanghai, China, for the purpose of attending meetings with regard to

21  his employment. Defendant shall return to the Northern District of California on June 21, 2009.

22          Counsel has been in contact with Jennifer James, defendant Zhang's U.S. Probation

23  Officer, and Ms. James has indicated that she does not object to the instant request as long as

24  defendant provides her with a complete itinerary of his time in Shanghai, and that he adheres to

25  such other  requirements as set forth by the Probation Office.

26                                              /s/ Shawna Yen
    Dated: March 19, 2009                   _____
27                                              SHAWNA YEN
                                                Assistant United States Attorney
28

    Stipulation Permitting Travel Outside
    the United States; (Proposed) Order              1

Dated: March 9, 2008

/s/ Doron Weinberg

_____
DORON WEINBERG
Attorney for Defendant
XI JAMES ZHANG

**IT IS SO ORDERED:**


Dated:__ March 24, 2009 _____

_____
Magistrate Judge, U.S.  District Court
Northern District of California

Stipulation Permitting Travel Outside
the United States; (Proposed) Order

2